IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CORELOGIC INFORMATION SOLUTIONS, INC. | § § § § § § § | Case No. 2:10-CV-132-RSP |
| v. | | |
| FISERV, INC., et al. | | |

## ORDER

Before the Court is Defendants' Motion for Summary Judgment that the Patent-In-Suit is Invalid Under 35 U.S.C. § 101 (Dkt. No. 261, filed April 18, 2012). Defendants' motion is **DENIED**.

**SIGNED this 23rd day of September, 2012.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE