IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CORELOGIC INFORMATION SOLUTIONS, INC. § § § § § § § | Case No. 2:10-CV-132-RSP |
| v. | |
| FISERV, INC., et al. | |

### MEMORANDUM ORDER

Before the Court are Plaintiff CoreLogic Information Solutions, Inc.'s Motions *in Limine* (Dkt No. 347, filed August 20, 2012) and Defendants' Motions *in Limine* (Dkt. No. 349, filed August 20, 2012). The Court heard argument on several of the motions during the pretrial hearing held on September 6, 2012. *See* Pretrial Hr'g Tr., Dkt. No. 404. On September 20, 2012, the Court issued a ruling on a number of the motions. *See* Dkt. No. 411. This order addresses the remaining motions.

The Court's ruling on a motion *in limine* is not a definitive ruling on the admissibility of evidence. An order granting a motion *in limine* is an order to approach the bench and seek leave from the Court prior to presenting the evidence covered by the order to the jury. Similarly, an order denying a motion *in limine* does not relieve a party from making an objection at trial.

**CoreLogic's Motion *in Limine* No. 4** (Evidence that CoreLogic Licenses Data to DataQuick) is **DENIED**.

**CoreLogic's Motion *in Limine* No. 5** (Evidence that Non-Infringing Alternatives Exist) is **DENIED**.

**CoreLogic's Motion *in Limine* No. 6** (Evidence that CoreLogic Has Not Accused Other Products of Infringement) is **DENIED**.

**Interthinx's Motion *in Limine* No. 3** (Exclude Evidence of the Entire Market Value of the FraudGUARD Product) is **GRANTED AS MODIFIED:** No reference shall be made to the unapportioned revenue or profit earned from the sales of accused products.

**Interthinx's Motion *in Limine* No. 4** (Preclude CoreLogic From Introducing Evidence That FraudGUARD Competes With CoreLogic's AVMs) is **DENIED**.

**Defendants' Motion in Limine No. 5** (Exclude Evidence Based on Court's Ruling Patent Marking Motion) is **DENIED**.

**Defendants' Motion *in Limine* No. 6** (Preclude Evidence on the Absence of Non-Infringing Alternatives) is **DENIED**.

**Defendants' Motion *in Limine* No. 8**[1] (Preclude Evidence Excusing Evidence of Delay) is **GRANTED**: Laches is an equitable issue that will be tried to the bench after the jury trial.

**SIGNED this 23rd day of September, 2012.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE

---

[1] Defendants did not file a Motion *in Limine* No. 7.