UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CORELOGIC INFORMATION SOLUTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> FISERV, INC., *et al.*, <br><br> Defendants. | CIVIL ACTION NO. 2:10-cv-132-CE <br><br> **JURY TRIAL DEMANDED** |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day came on to be considered Plaintiff CoreLogic Information Solutions, Inc. ("CoreLogic") and Defendants Fiserv, Inc. and American Flood Research, Inc.'s (collectively, "Defendants") Stipulation to Dismiss, and the Court being of the opinion that the same should be GRANTED, it is therefore,

ORDERED, ADJUDGED AND DECREED that the Stipulation to Dismiss be granted and that all claims for relief asserted by and between CoreLogic and Defendants herein are dismissed with prejudice.  This dismissal does not affect the claims against any other defendant.

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

**SIGNED this 24th day of September, 2012.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE