**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| CORELOGIC INFORMATION SOLUTIONS, INC. | § § § § § § | Case No. 2:10-CV-132-RSP |
| v. | | |
| FISERV, INC., et al. | | |

**Jury Trial Minutes – Day Four
September 27, 2012**

**OPEN: 8:00 a.m.**                                                                                  **ADJOURN: 7:06 p.m.**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Eric Findlay |
| | Neel Chatterjee |
| | Fabio Marino |
| ATTORNEYS FOR DEFENDANT: | John Pickett |
| | Lee Bromberg |
| | Erik Belt |
| | David Himelfarb |
| | Kelly Gabos |
| | Keith Toms |
| LAW CLERK: | Chris Ponder |
| COURT REPORTER: | Shelly Holmes, CSR |
| COURTROOM DEPUTY: | Jan Lockhart |

8:00 a.m.  Court opened.  Hearing outside the presence of the jury.  Mr. Chatterjee argued on behalf of Plaintiff.  Mr. Bromberg argued on behalf of Defendant.  The Court took the matter under advisement.  Parties will e-file their briefing.

8:53 a.m.  Hearing concluded.  Jury returned to courtroom.

Direct Examination of Mike Zwerner by Mr. Bromberg.

Cross Examination of Mr. Zwerner by Mr. Chatterjee.

Redirect Examination of Mr. Zwerner by Mr. Bromberg.

Direct Examination of Brian Thomas by Mr. Bromberg.

Cross Examination of Mr. Thomas by Mr. Findlay.

Redirect Examination of Mr. Thomas of Mr. Bromberg.

10:41 a.m.  Court recess.

10:59 a.m.  Court reconvened.  Direct Examination of Andrew Carter by Mr. Bromberg.

12:18 p.m.  Lunch recess.

1:22 p.m.  Court reconvened.

Cross Examination of Mr. Carter by Mr. Chatterjee.

Redirect Examination of Mr. Carter by Mr. Bromberg.

Direct Examination of Dr. Steven Kirsch by Mr. Belt.

Redirect Examination of Dr. Kirsch by Mr. Belt.

3:07 p.m. Afternoon recess.

3:24 p.m. Court reconvened. Direct Examination of Dr. Karl Snow.

Cross examination of Dr. Snow.

Redirect Examination of Dr. Snow by Mr. Belt.

Defendant rests.

Plaintiff's rebuttal case.

Direct Examination of Cliff Lipscomb by Mr. Marino.

Cross Examination of Dr. Lipscomb by Mr. Belt.

5:18 Jury excused.

5:20 p.m.  Hearing outside presence of the Jury re Motions.

5:26 p.m.  Court recess until 6:00 p.m.

Page 3
Minutes
September 27, 2012

6:08 p.m.  Conference held on Jury Instructions and Verdict Form.

7:06 p.m.  Court adjourned.