IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CORELOGIC INFORMATION SOLUTIONS, INC. § § § § v. § § § INTERTHINX, INC. § § | Case No. 2:10-CV-132-RSP |

## VERDICT FORM

In answering these questions, you are to follow all of the instructions I have given you.

1.  Did CoreLogic prove by a preponderance of the evidence that the Interthinx-developed AVMs in Interthinx's products infringed claims 1 or 10 of the '201 patent?

    Answer "Yes" or "No" for each patent claim. If you find the claim infringed, answer "Yes," otherwise, answer "No."

    | | Interthinx Infringed? |
    |---|---|
    | Claim 1 of the '201 Patent | NO |
    | Claim 10 of the '201 Patent | NO |

2.  Did Interthinx prove by clear and convincing evidence that any of the following claims are invalid in view of the prior art?

    Answer "Yes" or "No" for each claim. If you find the claim invalid, answer "Yes," otherwise, answer "No."

    | | Invalid as Anticipated? | Invalid as Obvious? |
    |---|---|---|
    | Claim 1 of the '201 Patent | No | NO |
    | Claim 10 of the '201 Patent | No | NO |

**ANSWER QUESTION 3 ONLY IF YOU FOUND AT LEAST ONE CLAIM BOTH INFRINGED BY INTERTHINX AND NOT INVALID.**

3. What sum of money do you find from a preponderance of the evidence would fairly and reasonably compensate CoreLogic for the patent infringement by Interthinx?

    $ _____

The jury foreperson should sign and date the Verdict Form and return it to the Bailiff.

_28 September 2012_
Date