**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| CORELOGIC INFORMATION SOLUTIONS, INC. | § § § § § § § | Case No. 2:10-CV-132-RSP |
| v. | | |
| FISERV, INC., et al. | | |

## JUDGMENT

This action came before the Court for a trial by jury. The issues have been tried and the jury rendered a verdict on September 28, 2012. *See* Verdict Form, Dkt. No. 439.

IT IS HEREBY ORDERED AND ADJUDGED that judgment be and is hereby entered:

1. In favor of INTERTHINX, INC. and against CORELOGIC INFORMATION SOLUTIONS, INC., rejecting CoreLogic's claim that Interthinx infringes patent claims 1 and 10 of U.S. Patent No. 5,361,201.

2. In favor of CoreLogic and against Interthinx, rejecting Interthinx's claim that patent claims 1 and 10 of U.S. Patent No. 5,361,201 are invalid as anticipated.

3. In favor of CoreLogic and against Interthinx, rejecting Interthinx's claim that patent claims 1 and 10 of U.S. Patent No. 5,361,201 are invalid as obvious.

4. Neither CoreLogic or Interthinx prevailed on their claims or counterclaims. Therefore, each party is ordered to bear its own costs. *See Manderson v. Chet Morrison Contractors, Inc.*, 666 F.3d 373 (5th Cir. 2012).

**SIGNED this 2nd day of October, 2012.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE